# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-1171

_____

United States of America

*Plaintiff - Appellee*

v.

Gustavo Gutierrez Hernandez, also known as Gustavo Hernandez Gutierrez, also known as Gustavo Hernandez-Gutierrez

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: November 5, 2018
Filed: November 13, 2018
[Unpublished]

_____

Before LOKEN, BENTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Gustavo Gutierrez Hernandez directly appeals the sentence the district court[1] imposed after he pleaded guilty to a drug offense. His counsel has moved to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

After careful review, we conclude that the district court did not impose an unreasonable sentence, as there was no indication that it overlooked a relevant 18 U.S.C. § 3553(a) factor, or committed a clear error of judgment in weighing relevant factors, see United States v. Salazar-Aleman, 741 F.3d 878, 881 (8th Cir. 2013) (standard of review); and the sentence was below the Guidelines range, see United States v. Torres-Ojeda, 829 F.3d 1027, 1030 (8th Cir. 2016). Having independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion and affirm.

_____

[1]The Honorable Rebecca Ebinger, United States District Judge for the Southern District of Iowa.